# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

_____

In re:
Michael Fody, III                                         Bky No. 12-45009 (RJK)
                                                                    Chapter 7
Paul M. Gayle-Smith
Plaintiff
                                                          Adv. Proc. No. 12−04298

v.

Michael Fody, III
Defendant

_____

## DEFENDANT'S WITNESS LIST

1. Michael Fody, III, 1230 14th Street North, St. Cloud, Minnesota, 56303, the defendant, may testify as to the case generally and to payments made to the plaintiff for his services.

2. Judy Miller, 1230 14th Street North, St. Cloud, Minnesota, 56303, the defendant's wife, may testify as to the case generally and to payments made by the defendant to the plaintiff for his services.

3. Paul Gayle-Smith, 2961 Sundance Circle, Las Cruces, NM 88011, as to all fact issues.

The defendant also reserves the right to call any witnesses identified on the plaintiff's witness list, and to call such further and additional rebuttal, impeachment or other witnesses as may be justified by the evidence presented at hearing.

                                                          DAVE BURNS LAW OFFICE, LLC


Dated:  June 10, 2013                         _/e/ David M. Burns_____

David M. Burns  #337869
475 Grain Exchange North
301 Fourth Avenue South
Minneapolis, MN   55415
(612) 677-8351

*Attorney for Defendant*

## UNSWORN DECLARATION FOR PROOF OF SERVICE

 I, David M. Burns, attorney of Michael Fody, III declare that on June 10, 2013, I served an DEFENDANT'S WITNESS LIST on all filing users of this case by electronic mail via the court's CM/ECF server.

|  |  |
|---|---|
|  | DAVE BURNS LAW OFFICE, LLC |
| Dated: June 10, 2013 | /e/ David M. Burns |
|  | David M. Burns  #337869<br>475 Grain Exchange North<br>301 Fourth Avenue South<br>Minneapolis, MN   55415<br>(612) 677-8351 |
|  | *Attorney for Debtor* |