UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

_____

In re:
Michael Fody, III                                                      Bky No. 12-45009 (RJK)
                                                                                    Chapter 7
Paul M. Gayle-Smith
Plaintiff
                                                                            Adv. Proc. No. 12−04298

v.

Michael Fody, III
Defendant

_____

**DEFENDANT'S EXHIBIT AND DEPOSITION LIST**

1. Defendant's Exhibit A is a true and correct copy of the defendant's discovery requests.

2. Defendant's Exhibit B is a true and correct copy of the plaintiff's discovery responses.

3. Defendant's Exhibit C is an October 11, 2010 e-mail from the plaintiff to the defendant.

4. Defendant's Exhibit D is a January 19, 2011 e-mail from the plaintiff to the defendant.

5. Defendant's Exhibit E is a September 12, 2011 e-mail from the plaintiff to the defendant.

6. Defendant's Exhibit F is a September 16, 2011 e-mail from the plaintiff t the defendant.

7. Defendant's Exhibit G is an October 12, 2011 e-mail from the defendant to the plaintiff.

8. Defendant's Exhibit H is a November 22, 2011 e-mail from the plaintiff to the defendant.

9. Defendant's Exhibit I is a February 22, 2012 e-mail from the defendant to the plaintiff.

10. Defendant's Exhibit J is a March 3, 2012 e-mail from the plaintiff to the defendant.

11. Defendant's Exhibit K is an October 13, 2012 e-mail from the defendant to the plaintiff.

12. Defendant's Exhibit L is an October 17, 2012 email from the defendant to the plaintiff.

13. Defendant's Exhibit M is a June 7, 2013 Invoice from the plaintiff for professional services.

14. Defendant's Exhibit N is a docket report from Meredith Hildreth v. Michael Fody, III (Case No. D-721-DM-200600050).

**DEPOSITION LIST**

1. The defendant does not intend to offer any depositions at trial.

DAVE BURNS LAW OFFICE, LLC

Dated: June 10, 2013          /e/ David M. Burns

David M. Burns  #337869
475 Grain Exchange North
301 Fourth Avenue South

2

Minneapolis, MN   55415
(612) 677-8351

*Attorney for Defendant*

**UNSWORN DECLARATION FOR PROOF OF SERVICE**

      I, David M. Burns, attorney of Michael Fody, III declare that on June 10, 2013, I served an DEFENDANT'S EXHIBIT LIST on all filing users of this case by electronic mail via the court's CM/ECF server.

                                                  DAVE BURNS LAW OFFICE, LLC

Dated:  June 10, 2013                         /e/ David M. Burns

                                                  David M. Burns  #337869
                                                  475 Grain Exchange North
                                                  301 Fourth Avenue South
                                                  Minneapolis, MN   55415
                                                  (612) 677-8351

                                                  *Attorney for Defendant*