UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Michael Fody, III,

                Debtor.                BKY 12-45009

------------------------------------------------

Paul M. Gayle-Smith,                ADV 12-4298

                Plaintiff,

v.                                                <u>ORDER DENYING</u>
                                                <u>CONTINUANCE</u>

Michael Fody, III,

                Defendant.

At Minneapolis, Minnesota, June 11, 2013.

       This adversary proceeding is before the court on the plaintiff's second application to continue the trial. The defendant opposes the request.

       Since the plaintiff has failed to show sufficient grounds to continue the trial and is in default of the court's trial order,

       IT IS ORDERED: The plaintiff's application to continue the trial is denied.

                                                  /e/ Robert J. Kressel
                                                ROBERT J. KRESSEL
                                                UNITED STATES BANKRUPTCY JUDGE

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *06/11/2013*
Lori Vosejpka, Clerk, by LH