UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Michael Fody, III,

                Debtor.                              BKY 12-45009

------------------------------------------------

Paul M. Gayle-Smith,                              ADV 12-4298

                Plaintiff,

v.                                            ORDER FOR HEARING ON
                                                SANCTIONS

Michael Fody, III,

                Defendant.

At Minneapolis, Minnesota, June 11, 2013.

        On March 21, 2013, I entered an amended order for trial. That order required both parties to engage in certain discussions and to file certain stipulations, as well as a witness list, exhibit list, a trial brief, and proposed findings of fact and conclusions of law. The plaintiff has failed to comply with the amended order for trial in any respect.

        THEREFORE, IT IS ORDERED:

        1.     At 9:00 a.m. on June 17, 2013, in courtroom no. 8 West, United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota, immediately before trial, there will be a hearing to consider whether the plaintiff should be sanctioned for his failure to comply with the March 21, 2013, amended order for trial.

        2.     No later than 12:00 noon CDT on June 14, 2013, the plaintiff shall file an affidavit of any facts that he wants me to consider in determining whether he should be sanctioned, as well as any memoranda or other documents he deems appropriate to that consideration.

                                                /e/ Robert J. Kressel
                                                _____
                                                ROBERT J. KRESSEL
                                                UNITED STATES BANKRUPTCY JUDGE

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on 06/11/2013
Lori Vosejpka, Clerk, by LH