## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

_____

In re:
Michael Fody, III                                              Bky No. 12-45009 (RJK)
                                                                                    Chapter 7

Paul M. Gayle-Smith
Plaintiff
                                                                       Adv. Proc. No. 12−04298

v.

Michael Fody, III
Defendant

_____

### STIPULATION OF FACTS

    This Stipulation of Facts is entered into by Paul M. Gayle-Smith and Michel Fody, III.

    In accordance with the court's scheduling order dated January 4, 2013, the parties stipulate and agree that the following facts are true:

1. The defendant filed a petition for relief under Chapter 7 of the United States Bankruptcy Code on August 29, 2012. The case is now pending before this court.

2. The plaintiff is an unsecured creditor of the defendant.

3. The plaintiff is an attorney who represented the defendant in Merideth Hildreth v. Michel Fody, III, Case Number D-721-DM-200600050, New Mexico District Court.

4. The plaintiff was not paid for all of his services to the defendant.

1

DAVE BURNS LAW OFFICE, LLC


Dated:  June 10, 2013			/e/   David M. Burns_____

					David M. Burns  #337869
					475 Grain Exchange North
					301 Fourth Avenue South
					Minneapolis, MN   55415
					(612) 677-8351

					*Attorney for Defendant*



LAW OFFICES OF PAUL M. GAYLE-SMITH


Dated:  June 10, 2012			/e/   Paul M. Gayle-Smith_____

					Paul M. Gayle-Smith #_____
					2961 Sundance Circle
					Las Cruces, NM   88011
					(575) 522-8300

					*Attorney for Plaintiff*

2