UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Michael Fody, III                                                       BKY 12-45009 (RJK)

                    Debtor
-----------------------------------------

Paul M. Gayle-Smith                                                ADV  12−04298

                    Plaintiff
v.

Michael Fody, III

                    Defendant
_____

PLAINTIFF'S EXHIBIT LIST

| PLAINTIFF'S EXHIBIT NUMBER | DESCRIPTION |
|---|---|
| 1 | Fee Agreement, December 2007 |
| 2 | Invoice, June 23, 2008 |
| 3 | Invoice, November 19, 2010 |
| 4 | Defendant Email, October 12, 2012 |
| 5 | Trustee. Voluntary Petition for Bankruptcy, November 5, 2012 |
| 6 | Invoice, June 7, 2013 |
| 7 | Defense Email-Written Fee Agreement June 11, 2013 |
|  |  |
|  |  |
|  |  |

Plaintiff also reserves the right to employ any exhibit identified on the Defendant's exhibit list.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Michael Fody, III                                                                          BKY 12-45009 (RJK)

                        Debtor
-----------------------------------------

Paul M. Gayle-Smith                                                                    ADV 12−04298

                        Plaintiff
v.

Michael Fody, III

                        Defendant
_____

## CERTIFICATE OF SERVICE

I certify that I filed the foregoing exhibit list via the court's electronic filing system which resulted on service on all parties of record, including on counsel for Defendant, Dave Burns, on this day, June 11, 2013.

                                                        LAW OFFICES OF
                                                        P A U L   M .   G A Y L E - S M I T H

                                                        2961 Sundance Circle
                                                        Las Cruces, NM 88011-4609
                                                        tel. 575.522.8300 fax. 866.324.3783
                                                       elawyer@gayle-smith.com
                                                       By: /e/ Paul M. Gayle-Smith
                                                       Paul M. Gayle-Smith
                                                       Pro Se