UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Michael Fody, III                                                    BKY 12-45009 (RJK)

                Debtor
-----------------------------------------

Paul M. Gayle-Smith                                                  ADV 12−04298

                Plaintiff
v.

Michael Fody, III

                Defendant
_____

## PLAINTIFF'S WITNESS LIST

1. Paul Gayle-Smith, Las Cruces, NM 88011, Plaintiff, will testify as to all relevant fact issues.
2. Michael Fody, III, St. Cloud, Minnesota, 56303, Defendant, may be examined as to all relevant fact issues.

Plaintiff also reserves the right to call any witnesses identified on the Defendant's witness list, and to call such further and additional rebuttal, impeachment or other witnesses as may be justified by the evidence presented at trial.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Michael Fody, III                                                                                    BKY 12-45009 (RJK)

                         Debtor
-----------------------------------------

Paul M. Gayle-Smith                                                                          ADV  12−04298

                         Plaintiff
v.

Michael Fody, III

                         Defendant
_____

## **CERTIFICATE OF SERVICE**

I certify that I filed the foregoing witness list via the court's electronic filing system which resulted on service on all parties of record, including on counsel for Defendant, Dave Burns, on this day, June 11, 2013.

                                                            LAW OFFICES OF
                                                            PAUL M. GAYLE-SMITH

                                                            2961 Sundance Circle
                                                           Las Cruces, NM 88011-4609
                                                           tel. 575.522.8300 fax. 866.324.3783
                                                           elawyer@gayle-smith.com
                                                           By: /e/ Paul M. Gayle-Smith
                                                           Paul M. Gayle-Smith
                                                           Pro Se