UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

_____

In re:
Michael Fody, III                                    Bky No. 12-45009 (RJK)
                                                             Chapter 7
Paul M. Gayle-Smith
Plaintiff
                                                     Adv. Proc. No. 12−04298

v.

Michael Fody, III
Defendant

_____

### STIPULATION AS TO ADMISSIBILITY OF EXHIBITS

This Stipulation of Facts and Admissibility of Exhibits is entered into by Paul M. Gayle-Smith and Michel Fody, III.

| *Exhibit Number/Letter and Description* | *Stipulated as to identification and foundation?* | *Further agreement or issues* |
|---|---|---|
| | | |
| DEFENDANT'S EXHIBITS | | |
| | | |
| A. Defendant's discovery requests. | Yes | No objections; may be admitted on offer by either party without supporting witness testimony as to admissibility |
| B. Plaintiff's discovery responses. | Yes | No objections; may be admitted on offer by either party without supporting witness testimony as to admissibility |
| | | |

1

| *Exhibit Number/Letter and Description* | *Stipulated as to identification and foundation?* | *Further agreement or issues* |
|---|---|---|
| C. October 11, 2010 e-mail from the plaintiff to the defendant. | Yes | No objections; may be admitted on offer by either party without supporting witness testimony as to admissibility |
| D. January 19, 2011 e-mail from the plaintiff to the defendant. | Yes | No objections; may be admitted on offer by either party without supporting witness testimony as to admissibility |
| E. September 12, 2011 e-mail from the plaintiff to the defendant. | Yes | No objections; may be admitted on offer by either party without supporting witness testimony as to admissibility |
| F. September 16, 2011 e-mail from the plaintiff t the defendant. | Yes | No objections; may be admitted on offer by either party without supporting witness testimony as to admissibility |
| G. October 12, 2011 e-mail from the defendant to the plaintiff. | Yes | No objections; may be admitted on offer by either party without supporting witness testimony as to admissibility |
| H. November 22, 2011 e-mail from the plaintiff to the defendant. | Yes | No objections; may be admitted on offer by either party without supporting witness testimony as to admissibility |
| I. February 22, 2012 e-mail from the defendant to the plaintiff. | Yes | No objections; may be admitted on offer by either party without supporting witness testimony as to admissibility |
| J. March 3, 2012 e-mail from the plaintiff to the defendant. | Yes | No objections; may be admitted on offer by either party without supporting witness testimony as to admissibility |

| *Exhibit Number/Letter and Description* | *Stipulated as to identification and foundation?* | *Further agreement or issues* |
|---|---|---|
|  |  |  |
| K. October 13, 2012 e-mail from the defendant to the plaintiff. | Yes | No objections; may be admitted on offer by either party without supporting witness testimony as to admissibility |
| L. October 17, 2012 email from the defendant to the plaintiff. | Yes | No objections; may be admitted on offer by either party without supporting witness testimony as to admissibility |
| M. June 7, 2013 Invoice from the plaintiff for professional services. | Yes | No objections; may be admitted on offer by either party without supporting witness testimony as to admissibility |
| PLAINTIFF'S EXHIBITS | | |
| 1. August 1, 2008 email from the defendant to the plaintiff. | Yes | No objections; may be admitted on offer by either party without supporting witness testimony as to admissibility |
|  |  |  |
|  |  |  |
|  |  |  |

DAVE BURNS LAW OFFICE, LLC

Dated:  June 11, 2013        /e/   David M. Burns_____

David M. Burns  #337869
475 Grain Exchange North
301 Fourth Avenue South
Minneapolis, MN   55415
(612) 677-8351

*Attorney for Defendant*

3

           LAW OFFICES OF PAUL M. GAYLE-SMITH

Dated: June 11, 2012    /e/ Paul M. Gayle-Smith_____

           Paul M. Gayle-Smith #_____
           2961 Sundance Circle
           Las Cruces, NM  88011
             (575) 522-8300

           *Attorney for Plaintiff*