UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Michael Fody, III,

                 Debtor.                      BKY 12-45009

-----------------------------------------------------

Paul M. Gayle-Smith,                      ADV 12-4298

                 Plaintiff,

v.                                       **ORDER FOR JUDGMENT**

Michael Fody, III,

                 Defendant.

At Minneapolis, Minnesota, June 17, 2013.

       This adversary proceeding came before the court for trial. Paul M. Gayle-Smith appeared *in propria persona* and David M. Burns appeared on behalf of the defendant.

       At the conclusion of the plaintiff's case, the defendant made a motion for judgment on partial findings. Based on findings of fact and conclusions of law stated orally and recorded in open court,

       IT IS ORDERED:

       1.      The defendant's motion for judgment on partial findings is granted.

       2.      The defendant's debt to the plaintiff is not excepted from the defendant's discharge.

       LET JUDGMENT BE ENTERED ACCORDINGLY.

                                                 /e/ Robert J. Kressel
                                                 ROBERT J. KRESSEL
                                                 UNITED STATES BANKRUPTCY JUDGE

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *06/17/2013*
Lori Vosejpka, Clerk, by LH