UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Michael Fody, III,

        Debtor.  BKY 12-45009

----------------------------------

Paul M. Gayle-Smith,  ADV 12-4298

        Plaintiff,

v.  **JUDGMENT**

Michael Fody, III,

        Defendant.

This proceeding came before the court, and a decision or order for judgment was duly rendered, the Honorable Robert J. Kressel, United States Bankruptcy Judge, presiding.

It is therefore Ordered and Adjudged: The defendant's debt to the plaintiff is not excepted from the defendant's discharge.

| | | |
|---|---|---|
| Dated: | June 17, 2013 | Lori A. Vosejpka |
| At: | Minneapolis, Minnesota | Clerk of Bankruptcy Court |

By: /e/ Lynn M. Hennen

Lynn M. Hennen
Deputy Clerk

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *06/17/2013*
Lori Vosejpka, Clerk, by LH