# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA
# WITNESS AND EXHIBIT RECORD

| DATE | CASE NUMBER | JUDGE | OPERATOR | PAGE NUMBER |
|---|---|---|---|---|
| 6.17.13 | ADV 12-4298 | Kressel | Kathy Barksdale | 1 OF 1 |

| CASE TITLE | NAMES OF COUNSEL |
|---|---|
| | |

| OPENING AND CLOSING STATEMENTS: (If any) | | OPEN | CLOSE |
|---|---|---|---|
| On behalf of: | By: | | |
| On behalf of: | By: | | |
| On behalf of: | By: | | |

| NAME OF WITNESS | DIRECT | CROSS | REDIRECT | RECROSS | V.D. |
|---|---|---|---|---|---|
| Paul Gaefe Smith | ✓ | ✓ | ✓ | | |
| Michael Foley III | ✓ | ✓ | | | |

| EXHIBIT NUMBER | DESCRIPTION | DATE OFFERED | DATE REC'D |
|---|---|---|---|
| A | Defendant's discovery requests | 6.17.13 | 6.17.13 |
| B | Pt's discovery requests | 6.17.13 | 6.17.13 |
| C | Oct 11 2010 email | 6.17.13 | 6.17.13 |
| D | Jan 19 2011 email | | |
| E | Sept 12 2011 email | | |
| F | Sept 16 2011 email | | |
| G | Oct 12 2011 email | | |
| H | November 22 2011 email | | |
| I | Feb 22 2012 email | | |
| J | March 3 2012 email | | |
| K | Oct 13 2012 email | | |
| L | Oct 17 2012 email | | |
| M | June 7 2013 invoice | | |
| 2 | letter dated June 23 2008 | | |
| 3 | letter dated Nov 19 2010 | | |
| 4 | letter dated Oct 12 2012 | | |
| 5 | letter dated Nov 5 2012 | | |
| 6 | Invoice dated June 7 2013 | | |
| 7 | @ June 11 2013 email | | |