**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

Paul M Gayle–Smith
Plaintiff

BK Case No.: 12–45009
Adv. Proc. No. 12–04298

v.

MICHAEL FODY
Defendant

**NOTICE RE: EXHIBITS**

1. At the hearing or trial in this proceeding, exhibits were offered and received.

2. The Clerk is in the process of closing this proceeding. Pursuant to Local Rule 9070–1, attorneys for the parties are required to pick up their respective exhibits on or before 3/25/14 from the Clerk's Office located at:

- ☑ 301 U.S. Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415, (612) 664–5200
- ☐ 404 U.S. Courthouse, 515 West First Street, Duluth, Minnesota 55802, (218) 529–3600
- ☐ 200 U.S. Courthouse, 316 North Robert Street, St. Paul, Minnesota 55101, (651) 848–1000

If exhibits are not retrieved from the Clerk's Office or other arangements made with the judge's electronic court reporter operator on or before the date previously specified, the exhibits will be destroyed.

Dated: 3/11/14

Lori Vosejpka
Clerk, United States Bankruptcy Court

By: kathy
Deputy Clerk

**mnbexh** 7/13